ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 11  PM 4: 12

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| DESIREE ALIA BAKHSHAI (01) | 4-14CR-127-A |

## INDICTMENT

The Grand Jury Charges:

Count One
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about April 19, 2014, in the Fort Worth Division of the Northern District of Texas, the defendant, **Desiree Alia Bakhshai**, did unlawfully and knowingly possess with intent to distribute methamphetamine, a schedule II controlled substance.

**Indictment – Page 1**

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
J. MICHAEL WORLEY
Assistant United States Attorney
Texas State Bar No. 22001400
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile: 817-252-5455

Indictment – Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

DESIREE ALIA BAKHSHAI (01)

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possess with Intent to Distribute Methamphetamine

(1 COUNT)

A true bill rendered:

FORT WORTH                                              FOREPERSON

Filed in open court this 11th day of June, A.D. 2014.

Warrant to issue

UNITED STATES MAGISTRATE JUDGE