ORIGINAL

Motion w/ writ

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 12 PM 3: 47

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                               No.   4:14-CR-127-A

DESIREE ALIA BAKHSHAI (1)

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States moves for an order directing the Clerk of this Court to issue a writ of habeas corpus ad prosequendum for Desiree Alia Bakhshai, year of birth 1983 who is presently in custody of the Tarrant County Correction Center, Tarrant County, Fort Worth, Texas, directing that Desiree Alia Bakhshai be brought to the U. S. District Courthouse, Fort Worth, Texas, forthwith to appear before the United States Magistrate for prosecution of the charges pending herein, and directing that after the conclusion of all proceedings in this cause, that Desiree Alia Bakhshai be returned under safe and secure conduct to said place of original custody or other appropriate authority.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

J. MICHAEL WORLEY
Assistant United States Attorney
Texas State Bar No. 22001400
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Tel: 817-252-5200
Fax: 817-252-5455

Motion for Writ of Habeas Corpus Ad Prosequendum- Page 1