IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
JUN 13 2014
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-127-A |
| DESIREE ALIA BAKHSHAI (1) | |

## ORDER

On motion of the United States for the issuance of a writ of habeas corpus ad prosequendum, directing that Desiree Alia Bakhshai, year of birth 1983 who is presently in custody of the Tarrant County Correction Center, Tarrant County, Fort Worth, Texas, directing that Desiree Alia Bakhshai be brought to the U. S. District Courthouse, Fort Worth, Texas for proceedings in the above numbered cause.

The Clerk of this Court is hereby ORDERED to issue a writ of habeas corpus ad prosequendum, directed to the United States Marshal for the Northern District of Texas, directing said officers to have Desiree Alia Bakhshai before the United States Magistrate Judge, forthwith, and upon the conclusion of all proceedings in this cause to return Desiree Alia Bakhshai under safe and secure conduct to said place of original custody or other appropriate authority.

SIGNED on 6/13/14

JOHN McBRYDE
UNITED STATES DISTRICT JUDGE