IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:14-CR-127-A |
| DESIREE ALIA BAKHSHAI (1) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The United States Marshal for the Northern District of Texas
     Sheriff, Tarrant County Correction Center, Tarrant County, Fort Worth, Texas

Pursuant to the Order of a United States District Judge for the Northern District of Texas, the Sheriff, Tarrant County Correction Center, Tarrant County, Fort Worth, Texas, is commanded to surrender Desiree Alia Bakhshai, year of birth, 1983 to the United States Marshal for the Northern District of Texas, and the United States Marshal is here commanded to bring Desiree Alia Bakhshai, defendant herein, who is presently in custody of the Tarrant County Correction Center, Tarrant County, Fort Worth, Texas, before the United States Magistrate Judge, forthwith, to appear for prosecution in the above numbered cause, and after the conclusion of all proceedings in this cause, the United States Marshal is to return Desiree Alia Bakhshai under safe and secure conduct to said defendant's original place of custody or other appropriate authority.

SIGNED ON June 13, 2014

KAREN MITCHELL
UNITED STATES DISTRICT CLERK

BY: _____
      DEPUTY

## **RETURN**

RECEIVED this writ on _____, and executed same by delivering Desiree Alia Bakhshai, year of birth 1983 to the custody of the United States Marshal for the Northern District of Texas for appearance before the United States Magistrate Judge at Fort Worth, Texas forthwith.

_____

## **FINAL RETURN**

Final return and execution of this writ is hereby made by delivering Desiree Alia Bakhshai, year of birth 1983 from the custody of the United States Marshal for the Northern District of Texas to _____ on _____.

_____