# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

MAGISTRATE JUDGE JEFFREY L. CURETON
DEPUTY CLERK: Julie Harwell
INTERPRETER:
A.M.
TOTAL COURT TIME: 2 min.

DIGITAL FILE:
COURT TIME: 2:30 P.M.
DATE HELD: June 17, 2014 (Tuesday)
CSO:

CR. No. 4:14-CR-127-A  DEFT NO.01

| UNITED STATES OF AMERICA | § | MIKE WORLEY, AUSA |
|---|---|---|
| v. | § § § | |
| DESIREE ALIA BAKHSHAI (01) | § | Erin Brennan, FPD (F) |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT

☐ Arraignment Hearing - Contested   ☐ Arraignment Hearing - Non-Evidentiary

Trial Status:    ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ☐ Settled/Guilty Plea  ✔ None   Days in Trial: _____   Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.
✔ Arraignment - Held on count(s) **1** of **1** count(s) of Indictment.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Indictment.
✔ Deft enters a plea of    ✔ Not Guilty and Not True to Forfeiture    ☐ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ Waiver of Indictment, filed.
✔ Trial set for **August 25, 2014** at **8:30 a.m.** (Order to follow)
  Pretrial motions due:_____. Discovery motions/Government Responses due:_____.
☐ Defts bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: