AO 442   (Rev. 10/03) Warrant for Arrest

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

*95555263*

# UNITED STATES DISTRICT COURT

Northern _____ District of 2014 JUN 17 PM 2:49 Texas

UNITED STATES OF AMERICA

V.

Desiree Alia Bakhshai

CLERK OF COURT

**WARRANT FOR ARREST**

Case Number:  4:14-CR-127-A

2014 JUN 12 AM 12:00

USMS NTX FTW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Desiree Alia Bakhshai _____

_Name_

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petiton  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her (brief description of offense)

Possession with intent to distribute methamphetamine

| in violation of Title 21 | United States Code, Section(s) | 841(a)(1) and (b)(1)(C) |

Karen Mitchell, U.S. District Court Clerk
_Name and Title of Issuing Officer_

_Signature of Issuing Officer_

Magistrate Judge Jeffrey L. Cureton

Jun 11, 2014
_Date_

Ft. Worth, TX
_Location_

By: _____
Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Per order of writ_ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/17/14 | | |