IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:14-CR-127-A |
| DESIREE ALIA BAKHSHAI | § | |

ORDER

The court ORDERS that the re-arraignment hearing of defendant, **DESIREE ALIA BAKHSHAI**, be and is hereby, set for 10:00 a.m. on **August 15, 2014**, before the undersigned in the 4th Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Desiree Alia Bakhshai, her attorney, and the attorney of United States of America responsible for handling this action be present at such time, date, and place.

SIGNED August 13, 2014.

JOHN McBRYDE
United States District Judge