# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK _____
INTERPRETER:
A.M. 11:14 - 11:44; 12:57 - 1:06
TOTAL COURT TIME: 15 mins.

COURT REPORTER: Debbie Saenz
USPO _____

DATE HELD: August 15, 2014
CSO: Jimmy Nunn

CR. No. 4:14-CR-127-A  DEFT NO.01

UNITED STATES OF AMERICA  §  MIKE WORLEY, AUSA
  §
v.  §
  §
DESIREE ALIA BAKHSHAI  §  ERIN BRENNAN, FPD ☐
Defendant's Name  Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## REARRAIGNMENT

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ✔ Guilty Plea  ☐ None  Days in Trial: _____  Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.
✔ Rearraignment - Held on count(s) **1** of the **1** counts(s) Indictment.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Indictment.
✔ Deft enters a plea of  ☐ Not Guilty  ✔ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ Waiver of Indictment, filed.
☐ Plea Agreement accepted.  ☐ Court defers acceptance of Plea Agreement.
☐ Plea Agreement filed  ✔ No Plea Agreement.
☐ Plea Agreement included with Factual Resume.
✔ Factual Resume filed.
✔ Defendant is adjudged guilty as to count(s) **1 of the indictment.**
✔ **Sentencing set December 5, 2014 at 9:00 a.m.**
☐ Trial set for _____ at 8:30 a.m.
☐ Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
✔ Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  ✔ PSI due: October 14, 2014.  ✔ Presentence Referral Form to: Erin Brennan
☐ Defts bond ☐ set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued  ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft ORDERED into custody.

**OTHER PROCEEDINGS: Govt Exh. 1 - Admitted.**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy