NORTHERN DISTRICT OF TEXAS
FILED
OCT 20 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | NO. 4:14-CR-127-A |
| DESIREE ALIA BAKHSHAI | § | |

REVISION TO SCHEDULING ORDER FOR SENTENCING

On August 15, 2014, the court signed a Scheduling Order for Sentencing pertaining to defendant, **DESIREE ALIA BAKHSHAI**, (Hereinafter "defendant"). The court makes this revision to the previously signed scheduling order for sentencing for the purpose of fixing new deadlines for accomplishment of the remaining steps leading to the sentencing of said defendant.

The court ORDERS that:

5. The probation officer shall deliver the presentence report to the court, and provide copies to the defendant and counsel for the parties, by 4:00 p.m. on October 28, 2014. Delivery to counsel for a party shall be by electronic submission if counsel has subscribed to the Electronic Case Files ("ECF") system of this court. If counsel for a party is not a subscriber to this court's ECF system, such counsel, after having been advised by the U.S. Probation Office of the report's availability, shall pick up his or her copy of the presentence report at the U.S. Probation Office between noon and 2:00 p.m. on October 28, 2014; or, if he or she fails to pick up the presentence report at that time, the probation officer shall mail a copy thereof to such attorney on October 28, 2014. The probation officer shall mail, by 4:00 p.m. on October 28, 2014, a copy of the presentence report to defendant enclosed in an envelope marked "Legal Mail -- to be Opened Only by or in Presence of Defendant."

6. Written objections to the presentence report, or written notice of no objections, be delivered to the court, the probation officer, and counsel for the parties by 4:00 p.m. on November 12, 2014.

7. Each party deliver to the court, the probation officer, and counsel for the parties a written response to the opposing party's objections to the presentence report by 4:00 p.m. on November 19, 2014.

        8.   If a request for departure is to be made, it be made by written motion filed by 4:00 p.m. on November 19, 2014.

        9.   If written objections to the presentence report have been timely delivered, the probation officer deliver an addendum to the presentence report to the court, and provide copies thereof to defendants and counsel for the parties, by 4:00 p.m. on November 26, 2014.

        10.  Written objections to the addendum be delivered to the court, the probation officer, and counsel for the parties by 4:00 p.m. on December 3, 2014.

        11.  Each party deliver to the court, the probation officer, and counsel for the parties by 4:00 p.m. on December 10, 2014. (i) a written response to the opposing party's objections to the addendum, (ii) any other item the party wishes the court to consider in connection with sentencing, such as a sentencing memorandum or character letters.

        12.  The sentencing hearing is reset for 9:00 a.m. on December 19, 2014.

        13.  The parties be prepared at the sentencing hearing to present evidence, arguments, and legal authorities related to any factual or legal issues that are raised by the presentence report, any addendum thereto, or any objection to either.

        14.  Except as provided above, all motions and responses to motions any party wishes the court to consider in connection with any sentencing matter be filed with the Clerk at least ten days before the date of the sentencing hearing unless leave of court is granted for late filing.

        15.  If, during the presentence report investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the presentence report, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

Except to the extent changed by this order, all deadlines fixed by the order signed August 15, 2014, remain in effect.

SIGNED October 20, 2014.

```
_____
JOHN McBRYDE
United States District Judge
```