U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 25 2014

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-127-A |
| | § | |
| DESIREE ALIA BAKHSHAI | § | |

### REVISION TO SCHEDULING ORDER FOR SENTENCING

On August 15, 2014, October 20, 2014, and November 6, 2014, the court signed Scheduling Orders for Sentencing pertaining to defendant, **DESIREE ALIA BAKHSHAI**, (Hereinafter "defendant"). On November 24, 2014, defendant filed an unopposed motion to move defendant's sentencing hearing to its original date of December 5, 2014. Having considered such motion, the court finds that it should be, and is hereby, granted. The court makes this revision to the previously signed scheduling orders for sentencing for the purpose of fixing new deadlines for accomplishment of the remaining steps leading to the sentencing of said defendant.

The court ORDERS that:

6. Written objections to the presentence report, or written notice of no objections, be delivered to the court, the probation officer, and counsel for the parties by 4:00 p.m. on November 26, 2014.

7. Each party deliver to the court, the probation officer, and counsel for the parties a written response to the opposing party's objections to the presentence report by 2:00 p.m. on December 1, 2014.

8. If written objections to the presentence report have been timely delivered, the probation officer deliver an addendum to the presentence report to the court, and provide copies thereof to defendant and counsel for the parties, by 4:00 p.m. on December 3, 2014.

9. Written objections to the addendum be delivered to the court, the probation officer, and counsel for the parties by 10:00 a.m. on December 4, 2014.

10. The sentencing hearing is set for 9:00 a.m. on December 5, 2014.

11. The parties be prepared at the sentencing hearing to present evidence, arguments, and legal authorities related to any factual or legal issues that are raised by the presentence report, any addendum thereto, or any objection to either.

12. Except as provided above, all motions and responses to motions any party wishes the court to consider in connection with any sentencing matter be filed with the Clerk at least four days before the date of the sentencing hearing unless leave of court is granted for late filing.

13. If, during the presentence report investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the presentence report, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

Except to the extent changed by this order, all deadlines fixed by the orders signed August 15, 2014, October 20, 2014, and November 6, 2014, remain in effect.

SIGNED November 25, 2014.

_____
JOHN McBRYDE
United States District Judge