# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION
## MINUTE ORDER

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK
INTERPRETER:
A.M. 10:35 - 11:00
TOTAL COURT TIME: 25 mins.

COURT REPORTER: Debbie Saenz
USPO
COURT TIME: 9:00 A.M.
DATE HELD: December 5, 2014
CSO: Ray Urban

CR. No. 4:14-CR-127-A   DEFT NO.01

| UNITED STATES OF AMERICA | § | MIKE WORLEY, AUSA |
|---|---|---|
| v. | § § § | |
| DESIREE ALIA BAKHSHAI | § | ERIN L. BRENNAN, FPD ☐ |
| Defendant's Name | | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

### SENTENCING

Hearing Type: ✔ Sentencing Hearing - Contested ☐ Sentencing Hearing - Non-Evidentiary
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ✔ Guilty Plea ☐ Days in Trial:   Hearing Concluded: ✔ Yes ☐ No

✔ Sentencing held ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Pre Sentencing Guidelines
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87). ☐ Departs Upward ✔ Departs Downward
✔ **SENTENCING TEXT:**
  ☐ Deft. placed on: Probation for _____ years.
  ✔ Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of 90 months.
  ✔ Deft. placed on: Supervised Released for 3 years.
  ☐ Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
  ☐ Count(s) of Original Indictment dismissed on government's motion as to this defendant.
  ☐ Original Indictment dismissed on government's motion as to this defendant.
  ✔ $100.00 special assessment on Count(s) 1 ($100.00 per count).
  of ✔ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ Trial set for: _____
☐ Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft ordered to surrender to U.S. Marshal on _____
☐ Deft ordered to surrender to the designated institution on _____
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ revoked
✔ Deft Advised of his right to appeal.
☐ Deft requests Clerk to enter notice of Appeal.
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody. ☐ Court recommends incarceration at _____
✔ Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 5 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

✔ **OTHER PROCEEDINGS:** Doc. No. 27 - moot; Doc. No. 29 - Granted.   T. Mott - Sworn and Testified.